### STAHL *v.* STAHL.

*(Supreme Court, General Term, First Department.* October 7, 1890.)

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.
No opinion.  Motion denied, with $10 costs.

### YOUNGS *v.* BORDEN.

*(Supreme Court, General Term, First Department.* October 7, 1890.)

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.
No opinion.  Motion dismissed.

### *In re* McLEAN, Receiver of Taxes.
### *In re* MANSELL.

*(Supreme Court, General Term, First Department.* October 9, 1890.)

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.
No opinion.  Motion granted, unless appellant stipulates to argue appeal at November term, and pay $10 costs of motion.

### COLLINS *v.* COLLINS.

*(Supreme Court, General Term, First Department.* October 15, 1890.)

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.
No opinion.  Motion denied upon plaintiff stipulating to argue appeal at November term.

### MAKIN *v.* BLOSSOM.

*(Supreme Court, General Term, First Department.* October 15, 1890.)

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.
No opinion.  Motion granted, with $10 costs.  See 8 N. Y. Supp. 931.

### SIXTH AVE. R. Co. *v.* METROPOLITAN EL. R. Co. *et al.*

*(Supreme Court, General Term, First Department.* October 15, 1890.)

rgued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.
o opinion.  Application denied, with costs.  See 9 N. Y. Supp. 207.

### *In re* KAVANAGH'S ESTATE.

*(Supreme Court, General Term, First Department.* October 24, 1890.)

Accounting of the executors of Benjamin A. Kavanagh, deceased.  See, also, 5 N. Y. Supp. 676; 6 N. Y. Supp. 669; 9 N. Y. Supp. 443, 941; 10 N. Y. Supp. 899.
Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.
No opinion.  Motion denied.